UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANGIE MILLER,**  Plaintiff,  v.  **BLUE CROSS BLUE SHIELD OF MICHIGAN, ET AL.**,  Defendants. | 2:21-cv-10687-TGB-CI  HON. TERRENCE G. BERG  HON. CURTIS IVY, JR. |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 94), it is **ORDERED AND ADJUDGED** that the motions to dismiss of Defendants McLaren Health Plan Inc., Blue Cross Blue Shield of Michigan, Meridian Health Plan, Life Transitions LLC, and All American Business Centers LLC (ECF Nos. 32, 35, 38, 53, 89) are **GRANTED** as to the Rule 8 arguments and that Defendants DMB Medical, Beacon Health, and Blank Law's motions to dismiss (ECF Nos. 23, 27, 71) are **TERMINATED AS MOOT**. The case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:  August 26, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk


APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE